UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARY WEST, *on behalf of herself and all others similarly situated*,

    Plaintiff,

-against-

FRANKLIN STREET INN, LLC,

    Defendant.

Case No.: 1:19-cv-870

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, MARY WEST, are hereby dismissed without prejudice, in their entirety, as against Defendant, FRANKLIN STREET INN, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 2, 2019
       New York, New York

_____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Phone: (212) 465-1188

SO ORDERED:

_____
U.S.D.J.